THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF
 
 
 SOUTH CAROLINA
In the Court of
 Appeals

 
 
 
 The State, Respondent,
 v.
 Dow Strickland, Appellant.
 
 
 

Appeal From
 
 
 Dorchester
 
 County
Steven H. John, Circuit Court Judge
Unpublished Opinion No. 2007-UP-437
Submitted October 1, 2007  Filed October 9, 2007    

APPEAL
 DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of
 
 Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and
 Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Dow Strickland appeals his conviction for attempting
 to obtain a controlled substance by fraud.  Strickland argues
 the trial court erred in failing to direct a verdict of acquittal in Stricklands
 favor due to a failure of the State to present direct evidence, or substantial
 circumstantial evidence of Stricklands guilt.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Stricklands appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without
 oral argument pursuant to Rule 215, SCACR.